UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY CHARLES KRUG,

    Plaintiff,

    v.

JOHN PAUL STEVENS and
GAIL B. JOHNSON,

    Defendants.

Civil Action No. 08-891 (CKK)

**ORDER**
(June 2, 2008)

Based on the reasoning set forth in an accompanying memorandum opinion, it is, this 2nd day of June, 2008, hereby

**ORDERED** that Plaintiffs's Complaint shall be dismissed; it is further

**ORDERED** that the summons issued shall be quashed; and it is further

**ORDERED** that this case shall be dismissed in its entirety.

*This is a Final, Appealable Order.*

                                                         */s/*
                                               COLLEEN KOLLAR-KOTELLY
                                               United States District Judge