UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Gregory Charles Krug,
  Plantiff,

  v.

John Paul Stevens and
Gail B. Johnson,
  Defendants.

RECEIVED
JUN 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notice of Appeal
No. 1:08-cv-00891-CKK

---

Notice is hereby given that Gregory Charles Krug, the plantiff in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Final Order that dismissed his Complaint, which was entered in this action on the second day of June, 2008.

Gregory C. Krug  6/11/08
Gregory Charles Krug
c/o 3975 Roswell Road, N.E.
Atlanta, GA 30342-4117