# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY CHARLES KRUG,<br>　　Plaintiff,<br><br>v.<br><br>JOHN PAUL STEVENS and<br>GAIL B. JOHNSON,<br>　　Defendants. | )<br>)<br>)　Civil Action File<br>)　No. 1:08-CV-00891 CKK<br>)<br>)<br>)<br>) |

## MOTION

Krug hereby requests that the Court appoint someone from the Civil Pro Bono Panel who is able to competently represent him in the subject litigation.

Respectfully submitted,

*/s/ Gregory C. Krug* 6/13/08

Gregory Charles Krug
c/o 3975 Roswell Road, N.E.
Atlanta, Georgia 30342-4117
*Pro Se*