July 3, 2008

U.S. District Court
Civil Pro Bono Panel
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re: Krug v. Stevens; No. 1:08-cv-00891-CKK

Gentlepersons:

    I once again request that you assign a lawyer to assist with my appeal of the District Court's June 2 dismissal of the Complaint which I filed on May 27.

Sincerely yours,

Gregory C. Krug
3975 Roswell Road, N.E.
Atlanta 30342-4117

RECEIVED
JUL - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT