```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616013663
Cashier ID: lwebb
Transaction Date: 07/11/2008
Payer Name: GEORGE KRUG VS JOHN STEVE
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: GEORGE KRUG VS JOHN STEVE
 Amount:         $455.00
----------------------------------
CHECK
 Check/Money Order Num: 1287
 Amt Tendered:   $455.00
----------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

08-5192


Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.
```